# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER ALLEN MYERS, | No. 4:18-CV-00614 |
| Plaintiff, | (Judge Brann) |
| v. | (Magistrate Judge Saporito) |
| NANCY A. BERRYHILL, | |
| Defendant. | |

## ORDER

**JANUARY 31, 2019**

On December 12, 2018, Magistrate Judge Joseph F. Saporito issued a Report and Recommendation[1] on Plaintiff's Complaint.[2] Plaintiff filed objections to that Report and Recommendation on December 26, 2018.[3]

This Court has conducted a de novo review of the objected-to portions of the Report and Recommendation and finds that Plaintiff's objections are merely restatements of arguments previously made to, and addressed by, Magistrate Judge Saporito. Because the Court agrees with Magistrate Judge Saporito's analysis and conclusions, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation of Magistrate Judge Joseph F. Saporito, ECF No. 17, is **ADOPTED IN ITS ENTIRETY**.

---

[1] ECF No. 17.
[2] ECF No. 1.
[3] ECF No. 18.

2. The decision of the Commissioner of Social Security is **AFFIRMED**.

3. Plaintiff's request for an award of benefits or remand for a new administrative hearing is **DENIED**.

4. The Clerk of Court is directed to enter judgment in favor of Defendant and to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge